## ADAM J. FISHBEIN, P.C.
ATTORNEY AT LAW

483 Chestnut Street
Cedarhurst, New York 11516

Telephone (516) 791-4400
Telecopier (516) 791-4411

January 28, 2016

**VIA ECF**

The Honorable Roslynn R. Mauskopf
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**RE:** Moskowitz v. Forster
15 CV 5265 (RRM) (LB)

Dear Judge Mauskopf:

I represent the plaintiff in the above matter.  Having given due consideration to Your Honor's comments at the pre motion conference, we have decided to not proceed against Portfolio Recovery Associates "PRA."  I have just filed an amended complaint asserting claims of plaintiff Moskowitz against Forster & Garbus with the class being defined as those members having received a letter where there creditor is PRA.

I shall file a separate action against on behalf of plaintiff Espinosa against Forster, Midland, Midland and Encore and deem it related to this one.

I believe that the foregoing comports with my drawing reasonable inferences from the pre motion conference.  I would respectfully request that the docket sheet and case caption be reflected accordingly.

Thank you for the Court's consideration of the foregoing.


Yours faithfully,

/s/
Adam J. Fishbein

Cc:     Counsel of Record