## ROBERT L. ARLEO, ESQ.
380 Lexington Avenue
17th Floor
New York, N.Y.  10168

Telephone: (212) 551-1115                                                                               Fax: (518) 751-1801
Email: robertarleo@gmail.com

February 19, 2016

Honorable Roslynn R. Mauskopf
District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

                    Re:  Moskowitz v. Forster & Garbus, LLP
                          15-cv-05265 (RRM)(LB)

Dear District Judge Mauskopf:

   I am counsel for Forster & Garbus, LLP, the Defendant named in the above-entitled action. I write in compliance with Your Honor's Order requiring the Defendants to advise as to how to proceed with motion practice (Dkt. No. 22).

   The Plaintiff has filed an Amended Complaint (Dkt. No. 23) which names only my client as a Defendant. The Amended Complaint sets forth the same allegations as the Complaint in regard to the Fair Debt Collection Practices Act (FDCPA). I refer Your Honor to my letter dated November 4, 2015 requesting a pre-motion conference for the purpose of allowing my client to file a motion to dismiss the Complaint pursuant to Fed. R. Civ. P. 12(b)(6) (Dkt. No. 6). I incorporate by reference herein the same facts and legal arguments as are set in my letter dated November 4, 2015. Thus, the Defendant wishes to file a motion to dismiss the Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(6) and respectfully requests that Your Honor set a briefing scheduling in regard thereto.

                                                    Respectfully submitted,

                                                    / s /   *Robert L. Arleo*

                                                    Robert L. Arleo

RLA:gra
cc: All attorneys of records via ECF