**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **SAUL MOSKOWITZ AND JEANYNA ESPINOSA**<br>on behalf of themselves and<br>all other similarly situated consumers,<br><br>                Plaintiff,<br><br><br>   -against-<br><br>**FORSTER & GARBUS, LLP**<br>**MIDLAND CREDIT MANAGEMENT, INC.**<br>**MIDLAND FUNDING LLP**<br>**ENCORE CAPITAL GROUP, INC.**<br><br>         Defendant. | **Case No.**<br>**1:15-cv-5265-RRM-LB**<br><br><br>**STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. PROC. § 41(a)(1)(A)(ii)** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed with prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its respective attorneys' fees and costs.

| | |
|---|---|
| MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN | ADAM J. FISHBEIN, P.C. |
| /s/ Mathew B. Johnson | /s/ Adam J. Fishbein |
| Matthew Johnson | Adam J. Fishbein |
| 88 Pine Street, 21st Floor | 735 Central Avenue |
| New York, New York 10005 | Woodmere, New York 11598 |
| MBJohnson@mdwcg.com | fishbeinadamj@gmail.com |
| Ph: 212.376.6433 | Ph: 516.668.6945 |
| *Attorneys for Defendant* | *Attorneys for Plaintiffs* |
| Midland and Encore | |

ROBERT L. ARLEO, ESQ.


/S/ Robert L. Arleo
Robert L. Arleo
380 Lexington Avenue
17th Floor
New York, NY  10168
RobertArleo@gmail.com
212-551-1115 phone
518-751-1801 fax

Attorney for Forster and Garbus, LLP




SO ORDERED:


_____

2